In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00109-CV**
_____

**JENNIFER MCGOWEN, Appellant**

**V.**

**ARTURO RIOS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 20-31862**

**MEMORANDUM OPINION**

On March 23, 2021, the trial court signed an Agreed Judgment awarding possession of the premises, past due rent, and attorney's fees to Arturo Rios. On May 4, 2021, Appellant Jennifer McGowen filed a notice of appeal. On May 14, 2021, we abated the appeal after receiving a suggestion of bankruptcy. *See* Tex. R. App. P. 8. A supplemental clerk's record, filed on January 27, 2026, established that the bankruptcy filings have been dismissed. On January 29, 2026, we reinstated the appeal on the Court's active docket. *See id.* 8.2.

1

On May 7, 2026, we notified the parties that Appellant has not remitted the fee for the appeal. We sent Appellant a certified bill of costs and warned the parties that unless the filing fee was paid the appeal would be dismissed without further notice on any date after Friday, May 22, 2026.

On May 7, 2026, the County Clerk notified the Court that he has not received payment for the record. That day the appellate court clerk issued a notice that it appears the appellant has not established indigent status for the appeal, and we warned the parties that the appeal would be dismissed for want of prosecution unless by Friday, June 5, 2026, we received either proof that satisfactory arrangements to pay the fee had been made with the County Clerk, or we received a motion which states the facts relied upon to reasonably explain the need for additional time to file the record. To date, the Court has received no response to any of the notices.

The appellant failed to comply with a notice from the Clerk requiring a response or other action within a specified time. *See id.* 42.3(c). Accordingly, we dismiss the appeal for want of prosecution. *Id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 22, 2026
Opinion Delivered July 23, 2026

Before Golemon, C.J., Johnson and Chambers, JJ.